UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



EASTERN REGIONAL MEDICAL
CENTER, INC., et al.,

        Plaintiffs,

v.                                  ACTION NO. 2:12cv524

INNA BLACK and
DONALD S. BLACK,

        Defendants.

## ORDER

This matter comes before the court on garnishment summonses issued to Monarch Bank and Bank of America as garnishees. United States Magistrate Judge Lawrence R. Leonard held a garnishment hearing on October 29, 2015, regarding Monarch Bank's and Bank of America's potential failure to respond to the garnishment summonses issued to them. Judge Leonard directed counsel for the Plaintiffs to contact Monarch Bank and Bank of America and then file a Notice of Status with the Court. ECF No. 52. When the Plaintiffs did not make such a filing, and Monarch Bank and Bank of America still had not answered the garnishment summonses, Judge Leonard issued a Show Cause Order directing the Plaintiffs to either voluntarily dismiss the two garnishments or show cause as to why he should not recommend to the undersigned that the two garnishment summonses be dismissed. ECF No. 53.

Plaintiffs did not respond to the Show Cause Order, and Judge Leonard subsequently filed a Report and Recommendation ("R&R") on December 22, 2015. ECF No. 54. Judge Leonard recommended that the Plaintiffs' garnishment summonses issued against Monarch Bank and Bank of America be dismissed with prejudice. By copy of the R&R, the parties were advised of their right to file written objections thereto. The court has received no objections to the R&R, and the time for filing the same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the R&R filed on December 22, 2015. Accordingly, the garnishment summonses issued against Monarch Bank and Bank of America are **DISMISSED**. The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the Plaintiffs.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

January 15, 2016